**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **STIVEN MANUEL CHEVEZ-AGUILERA** | **CASE NO.  1:26-CV-00921 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ELEAZAR GARCIA ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety with all pending motions terminated**.  This action may be reinstated within thirty (30) days for good cause shown.

THUS DONE July 27, 2026.

Mark L. Hornsby
United States Magistrate Judge